ACCEPTED
15-24-00110-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/29/2025 12:17 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00110-CV

**IN THE COURT OF APPEALS FOR THE**
**FIFTEENTH JUDICIAL DISTRICT**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/29/2025 12:17:52 PM
CHRISTOPHER A. PRINE
Clerk

KEN PAXTON, in his official capacity as
Attorney General of Texas, and State of Texas,

*Appellants*,

v.

FIEL Houston, Inc.

*Appellee*.

On Appeal from the 127th Judicial District Court of Harris County, Texas
Cause No. 2024-43394, Hon. Ravi K. Sandill

**APPELLEE'S UNOPPOSED MOTION TO WITHDRAW**
**SABRINA J. RODRÍGUEZ AS COUNSEL IN THE CASE**

Appellee FIEL Houston, Inc. ("Appellee FIEL") respectfully submits this unopposed Motion to withdraw Ms. Sabrina J. Rodríguez as counsel in this case. Ms. Rodríguez will end her employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on August 29, 2025. At MALDEF, Appellee will continue to be represented by Nina Perales.

Accordingly, Appellee respectfully requests leave to withdraw Sabrina J. Rodríguez as counsel in this case.

1

Dated: August 29, 2025

Respectfully submitted,

By: /s/ Sabrina J. Rodríguez
Nina Perales
State Bar No. 24005046
Sabrina Rodriguez
State Bar No. 24119505
Mexican American Legal Defense &
 Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, Texas 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
srodriguez@maldef.org

By: /s/ Carlos R. Soltero
Carlos R. Soltero
Texas State Bar No. 00791702
MAYNARD NEXSEN
2500 Bee Caves Rd.,
Building 1, Suite 150
Austin, Texas 78746
Telephone (512) 422-1559
Facsimile (512) 359-7996
csoltero@maynardnexsen.com

**ATTORNEYS FOR DEFENDANT-
APPELLEE FIEL HOUSTON, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 28, 2025 counsel for Appellee FIEL Houston, Inc., conferred with Appellants' counsel regarding the instant motion. Counsel for Appellants indicated that they do not oppose the motion.

 /s/ Sabrina J. Rodríguez
Sabrina J. Rodríguez
Attorney for Appellee FIEL Houston, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was filed and served via the Court's electronic filing system to all counsel of record on August 29, 2025.

 /s/ Sabrina J. Rodríguez
Sabrina J. Rodríguez
Attorney for Appellee FIEL Houston, Inc.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 105023462
Filing Code Description: Motion
Filing Description: MOTION TO WITHDRAW COUNSEL SABRINA J. RODRIGUEZ
Status as of 8/29/2025 12:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 8/29/2025 12:17:52 PM | SENT |
| Scott Froman | | scott.froman@oag.texas.gov | 8/29/2025 12:17:52 PM | SENT |
| Max Mendel | | mmendel@maynardnexsen.com | 8/29/2025 12:17:52 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 8/29/2025 12:17:52 PM | SENT |
| Lauren Feldott | | lfeldott@maynardnexsen.com | 8/29/2025 12:17:52 PM | SENT |
| Isabel Pina | | ipina@maldef.org | 8/29/2025 12:17:52 PM | SENT |
| Nina Perales | | nperales@maldef.org | 8/29/2025 12:17:52 PM | SENT |
| Sabrina Rodriguez | | srodriguez@maldef.org | 8/29/2025 12:17:52 PM | SENT |
| Carlos Soltero | | csoltero@maynardnexsen.com | 8/29/2025 12:17:52 PM | SENT |
| Carmen Leija | | cleija@maldef.org | 8/29/2025 12:17:52 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 8/29/2025 12:17:52 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 8/29/2025 12:17:52 PM | SENT |